District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIAM HUSSEIN MUGWAHEZA,<br><br>Plaintiff,<br><br>v.<br><br>UR M. JADDOU, *et al.*,<br><br>Defendants. | No. 2:23-cv-1329-JNW<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>October 27, 2023 |

Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on November 17, 2023. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until February 27, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE - 1
(23-cv-1329-JNW)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for November 29, 2023. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. After the interview, USCIS will need time to adjudicate his asylum application. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process her asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until February 27, 2024. The parties will submit a joint status report on or before February 27, 2024. The parties further request that the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 4) be vacated.

Dated: October 27, 2023

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 *s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 303 words, in compliance with the Local Civil Rules.***

STIPULATED MOTION FOR ABEYANCE - 2
(23-cv-1329-JNW)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

<u>s/ Minda A Thorward</u>
MINDA A. THORWARD WSBA#47594
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, Washington 98104-1003
Phone: 206-682-1080
Email: minda.thorward@ghp-law.net
*Attorneys for Plaintiff*

**[PROPOSED] ORDER**

The case is held in abeyance until February 27, 2024.  The parties shall submit a joint status report on or before February 27, 2024.  The Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 4) is vacated.  It is so **ORDERED**.

DATED this 9th day of November, 2023.

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION FOR ABEYANCE - 4
(23-cv-1329-JNW)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970