District Judge Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARIAM HUSSEIN MUGWAHEZA,<br><br>                              Plaintiff,<br><br>     v.<br><br>UR M. JADDOU, *et al.*,<br><br>                              Defendants. | Case No. 2:23-cv-01329-JNW<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>April 4, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until July 15, 2024.  Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-589, Application for Asylum and for Withholding of Removal.  This case is currently stayed through April 12, 2024.  Dkt. No. 8. The parties are currently working towards a resolution to this litigation.  For good cause, the parties request that the Court continue to hold the case in abeyance until July 15, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:23-cv-01329-JNW] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS held Plaintiff's asylum interview on November 29, 2023. USCIS thereafter determined that a follow-up interview would be necessary and scheduled this interview to March 13, 2024. However, due to a staffing issue, USCIS had to reschedule Plaintiff's interview to May 16, 2024.

Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. If needed, Plaintiff agrees to bring an interpreter to the interview. Otherwise, the interview may have to be rescheduled. After the interview, USCIS will need time to adjudicate her asylum application. USCIS will use its best efforts to adjudicate the application within 60 days of the interview. If the adjudication does not occur by that date, USCIS will submit a status report to this Court. Once the application is adjudicated, Plaintiff intends to dismiss the case. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum re-interview and then process her asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until July 15, 2024. The parties will submit a joint status report on or before July 15, 2024.

//

//

//

//

//

STIPULATED MOTION FOR ABEYANCE  
[Case No. 2:23-cv-01329-JNW] - 2

UNITED STATES ATTORNEY  
1201 Pacific Ave., Ste. 700  
Tacoma, WA 98402  
(253) 428-3800

DATED this 4th day of April, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | GIBBS HOUSTON PAUW |
| *s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov | *s/Minda A. Thorward*<br>MINDA A. THORWARD, WSBA# 47594<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104-1003<br>Phone: (206) 682-1080<br>Email: minda.thorward@ghp-law.net |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

**I certify that this memorandum contains 400 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:23-cv-01329-JNW] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The case is held in abeyance until July 15, 2024.  The parties shall submit a joint status report on or before July 15, 2024.  It is so **ORDERED**.

DATED this 10th day of April, 2024.

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:23-cv-01329-JNW] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800